UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ X
:
SMITHKLINE BEECHAM CORPORATION :
d/b/a GLAXOSMITHKLINE :
:
      Plaintiff, : CIVIL ACTIONS NOS. 02-3779 (JWB)
: 02-4537 (JWB)
v. :
: (Chief Judge John W. Bissell)
TEVA PHARMACEUTICALS USA, INC. :
:
      Defendant. :
:
------------------------------------------------------------ X

**PLAINTIFF'S HYPOTHETICAL QUESTIONS TO BE PUT TO
ITS EXPERT WITNESSES ON DIRECT EXAMINATION**

Plaintiff SmithKline Beecham Corporation intends to put the following hypothetical questions to its expert witnesses on direct examination:

Alexander M. Klibanov, Ph.D.

Assuming, for the sake of argument, that the Australian specification did indicate a preference for compounds in which X and Y are just hydrogen or chlorine, would the Australian specification then anticipate lamotrigine?

James A. Ferrendelli, M.D.

Assuming you did not know that lamotrigine was not teratogenic and you did not know that the 2,4-dichloro compound was teratogenic; and if you could choose only one of these compounds to develop, namely either lamotrigine or one of the three Roth compounds, which one would you choose?

Dated: January 11, 2005

Respectfully submitted,

DRINKER BIDDLE & REATH LLP
Attorneys for Plaintiff,
SmithKline Beecham Corporation

By: _____
John J. Francis, Jr.

Of Counsel:

Robert L. Baechtold (RLB 6866)
Nicholas M. Cannella (NMC 9543)
Brian V. Slater (BVS 7194)
FITZPATRICK, CELLA,
   HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
Phone: (212) 218-2100
Facsimile: (212) 218-2200

3